B. Duke in place of the relator in this proceeding. The following question was certified: " Had the Supreme Court power, under the circumstances set forth, to change by amendment the name of the relator, in the petition and writ of certiorari from the Durham Realty Corporation to James B. Duke? "

*E. Crosby Kindleberger* and *Arthur O. Townsend* for appellant.

*John P. O'Brien, Corporation Counsel (William H. King* and *R. M. de Acosta* of counsel), for respondents.

Orders reversed and application granted, with costs in all courts, and question certified answered in the affirmative on dissenting opinion of CLARKE, P. J., below.

Concur: CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., HOGAN and McLAUGHLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSINA J. RICHARDS, Appellant, *v.* JOHN F. HYLAN, as Mayor of the City of New York, Respondent.

*Appeal — order of Appellate Division reversing order of Special Term and denying in exercise of discretion motion for writ of mandamus not appealable as of right to Court of Appeals.*

*People ex rel. Richards* v. *Hylan,* 200 App. Div. 871, appeal dismissed. (Argued June 1, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1922, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to execute to relator a good and sufficient deed of release of the interest of the city of New York in certain premises and denied said motion. The Appellate Division held that relator's rights, if any, could not be enforced by mandamus.

*James A. Sheehan* for appellant.

*John P. O'Brien, Corporation Counsel (Josiah A. Stover* and *Charles J. Nehrbas* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.  Not voting: CRANE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY et al., Appellants, v. THE STATE TAX COMMISSION et al., Respondents.

*Tax — assessment against gross earnings of railway corporation in hands of receiver, appointed by federal court, valid.*

People ex rel. *Coney Island & Brooklyn R. R. Co.* v. *State Tax Commission,* 201 App. Div. 870, affirmed.

(Argued June 1, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 24, 1922, confirming, on certiorari, a determination of the State Tax Commission, assessing, under section 185 of the Tax Law, a tax in the sum of $22,905.11, based on the gross earnings of Lindley M. Garrison, as receiver of relator railway, for the year ending June 30, 1920, and determining that the relators are liable to pay said tax. The question was whether a receiver appointed by a federal court is liable to taxation under section 185 of the Tax Law.

*Harold L. Warner* and *George D. Yeomans* for appellants.

*Charles D. Newton,* Attorney-General (*C. T. Dawes* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CLAUGHLIN, CRANE and ANDREWS, JJ.